# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDRICK DILLARD,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 79680

FILED

NOV 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

A review of the district court docket and minute entries does not indicate that a petition for a writ of habeas corpus was recently filed in the underlying case. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.                    _____, J.
Parraguirre                          Cadish

cc:    Hon. William D. Kephart, District Judge
       Edrick Dillard
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-48317